IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JONATHAN PORTER                                                              PLAINTIFF

V.                      CASE NO. 4:17-CV-00237 BRW/BD

ANDREWS, et al.                                                DEFNDANTS

## RECOMMENDED DISPOSITION

I. **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Billy Roy Wilson. Any party may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for your objection. Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

II. **Discussion**

Jonathan Porter, formerly an inmate at the Faulkner County Detention Center ("Detention Center"), filed this civil rights lawsuit without the help of a lawyer. Mr. Porter claimed that Defendants violated his constitutional rights by failing to address his mental health needs. (Docket entry #2)

Mr. Porter is no longer incarcerated at the Faulkner County Detention Center, as evidenced by mail returned to the Court as "undeliverable." (#7, #20) On May 2, 2017,

the Court ordered Mr. Porter to provide notice of his new address within thirty days. (#8) The Court specifically cautioned him that his claims could be dismissed, without prejudice, if he failed to comply with the order. As of this date, Mr. Porter has failed to inform the Court of his new address, as ordered.

Now pending is the Defendants' motion to dismiss Mr. Porter's claims against them based on his failure to comply with this Court's local rules. (#21) Mr. Porter has not responded to the motion.

### III. Conclusion

The Court recommends that the Defendants' motion to dismiss (#21) be GRANTED. Mr. Porter's claims should be DISMISSED, without prejudice, based on his failure to comply with the Court's orders and his failure to prosecute this lawsuit.

DATED this 8th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE