# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JONATHAN PORTER                                                                   PLAINTIFF

VS.                                4:17-CV-00237 BRW/BD

ANDREWS, *et al.*                                               DEFNDANTS

## ORDER

I have received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, I approve and adopt the Recommendation in all respects.

Defendants' motion to dismiss (Doc. No. 21) is GRANTED. Mr. Porter's claims are DISMISSED, without prejudice, based on his failure to respond to the Court's May 2, 2017 order and his failure to prosecute this lawsuit.

IT IS SO ORDERED, this 28th day of August, 2017.

                                                                   /s/ Billy Roy Wilson_____
                                                                   UNITED STATES DISTRICT JUDGE