# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JONATHAN PORTER**                                                              **PLAINTIFF**

**VS.**                         **4:17-CV-00237 BRW/BD**

**ANDREWS,** *et al.*                                                  **DEFNDANTS**

## JUDGMENT

Based on the Order entered on today, this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 28th day of August, 2017.


                                                                  /s/ Billy Roy Wilson_____
                                                                  UNITED STATES DISTRICT JUDGE